SIGNED.

Dated: November 20, 2009

_____
SARAH S. CURLEY
U.S. Bankruptcy Judge
_____

Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey, State Bar No. 024237

**TB TIFFANY & BOSCO** P.A.

Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile:  (602) 255-0103
Email: crk@tblaw.com; Email: jdd@tblaw.com

*Attorneys for Henry K. Lee and Lisa P. Lee; Chip Fitch and Donna Fitch; Last Frontier Sales, Inc.; Drew Pearson and Cindy Pearson; Thomas E. Riles and Andrea S. Riles; Dewayne Marshall; Deroche Family Trust; Eric Deroche; Mark A. Woodward and Matthew Woodward; Arnold Properties, LLC; Crystal Clear Properties; Jason Laflesch; Sherrill Suskin; Tony Simonelli and Kaipo Simonelli; Mike McBride and Kim McBride; John Parker and Gail C. Parker; Lester K. Ward; Thomas J. Weissmiller and Clara Weissmiller; Mary Coombs; Candace Atkinson; Lynn Sanken; Mark D. Eaton; Joseph Jolley, Tim Jolley and Aimee Jolley; Michael S. Webb and Deanna M. Webb; Donald M. Rund and Margaret Elaine Rund; Thaddeus J. Rund and Jodi A. Rund; Michael and Tammy Chavez; Mark Palacio; Matt Palacio; David and Rhonda Silva; Shawn Wright; Ryan P. Morrell and Dohee Kim; Jimmy Tam; G. Scott Freeman; Charles (Casey) Sparrow; Scott Eastin and Melissa Eastin; David Ferraro; Roy Peterson; Steve Reynolds; and Gwen Berlin*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 |
| JAMES A. BRUNO and SHELLY D. BRUNO, | Case No. 2:09-bk-06952-SSC |
| | Adversary No. 2:09-ap-01145-SSC |
| Debtors. | |
| HENRY K. LEE AND LISA P. LEE; CHIP FITCH AND DONNA FITCH; LAST FRONTIER SALES, INC.; DREW PEARSON AND CINDY PEARSON; THOMAS E. RILES AND ANDREA S. RILES; DEWAYNE MARSHALL; DEROCHE FAMILY TRUST; ERIC DEROCHE; MARK A. | **STIPULATED SCHEDULING ORDER** |

| | |
|---|---|
| 1 | WOODWARD AND MATTHEW WOODWARD; ARNOLD PROPERTIES, LLC; CRYSTAL CLEAR PROPERTIES; JASON LAFLESCH; SHERRILL SUSKIN; TONY SIMONELLI AND KAIPO SIMONELLI; MIKE MCBRIDE AND KIM MCBRIDE; JOHN PARKER AND GAIL C. PARKER; LESTER K. WARD; THOMAS J. WEISSMILLER AND CLARA WEISSMILLER; MARY COOMBS; CANDACE ATKINSON; LYNN SANKEN; MARK D. EATON; JOSEPH JOLLEY, TIM JOLLEY AND AIMEE JOLLEY; MICHAEL S. WEBB AND DEANNA M. WEBB; DONALD M. RUND AND MARGARET ELAINE RUND; THADDEUS J. RUND AND JODI A. RUND; PETER G. POSTIGIONE AND ALISON R. POSTIGIONE; GERALD ADOMSHICK AND BARBARA ADOMSHICK; MICHAEL AND TAMMY CHAVEZ; MARK PALACIO; MATT PALACIO; DAVID AND RHONDA SILVA; SHAWN WRIGHT; RYAN P. MORRELL AND DOHEE KIM; JIMMY TAM; G. SCOTT FREEMAN; CHARLES (CASEY) SPARROW; SCOTT EASTIN AND MELISSA EASTIN; DAVID FERRARO; ROY PETERSON; STEVE REYNOLDS; AND GWEN BERLIN, |
| | Plaintiffs, |
| | v. |
| | JAMES A. AND SHELLY D. BRUNO, |
| | Defendants. |

The above named Plaintiffs, through their undersigned counsel, and Defendants James A. and Shelly D. Bruno having stipulated to the following pretrial schedule, and good cause appearing therefor,

**IT IS HEREBY ORDERED** directing the parties to serve their initial disclosure statements by November 23, 2009.

**IT IS FURTHER ORDERED** directing all parties to complete all discovery, including any expert discovery, on or before February 22, 2010.

**IT IS FURTHER ORDERED** directing any dispositive motions be filed on or before March 23, 2010.

**IT IS FURTHER ORDERED** directing that a list of witnesses and exhibits be exchanged on or before March 23, 2010.

**IT IS FURTHER ORDERED** that if no dispositive motions are pending, Plaintiff will submit to Defendants a proposed joint pretrial statement on or before April 22, 2010.

**IT IS FURTHER ORDERED** that if no dispositive motions are pending, the parties will file a joint pretrial statement on or before May 4, 2010.

**IT IS FURTHER ORDERED** setting a final pretrial conference on May 11, 2010, at 11:00 a.m. in Courtroom 701.

**IT IS FURTHER ORDERED** setting trial on June 1, 2010, at 10:00 a.m. in Courtroom 701.

**DATED AND SIGNED ABOVE**

**APPROVED AS TO FORM AND CONTENT:**

**TIFFANY & BOSCO, P.A.**

By: /s/ J. Daryl Dorsey, #024237
    Christopher R. Kaup
    J. Daryl Dorsey
    Camelback Esplanade II, Third Floor
    2525 East Camelback Rd.
    Phoenix, Arizona 85016-9240
    *Attorneys for Plaintiffs*

**AND**

**JAMES A. AND SHELLY D. BRUNO**

By: /s/ James A. Bruno
    James A. Bruno
    Defendant

By: /s/ Shelly D. Bruno
    Shelly D. Bruno
    Defendant