2

| | |
|---|---|
| James A. & Shelly D. Bruno, In Pro Per | FILED |
| 2521 S. Dragoon Drive | 2010 FEB 11 PM 12:41 |
| Chandler, AZ 95286 | CLERK<br>U.S. BANKRUPTCY<br>DISTRICT OF ARIZONA |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In Re:                                              Chapter 7

James A. Bruno and Shelly D.                        Case No. 2:09-bk-06952-SSC
Bruno,

        Debtors.
_____/

Henry Lee                                           Adversary No. 2:09-ap-01145-SSC
et al.

        Plaintiffs.

v.                                                  DEFENDANTS REQUEST TO

                                                 EXTEND STIPULATED SCHEDULING ORDER

James A. Bruno
Et al.

        Defendants.
_____/

Defendants named above are requesting that the time frame on the Stipulated
Scheduling Order be extended out 60 days on all motions and filing dates as
set forth in the original STIPULATED SCHEDULING ORDER that was filed with The
Court on or about 11/19/2009, due to the Defendants inability to obtain a
large amount of their documentation that will serve to prove their innocence
in the Plaintiffs charges against them.

Signed: _James A Bruno_____ Date: 2-10-10
James A. Bruno, Defendant

Signed: _Shelly D. Bruno_____ Date: 2/10/10
Shelly D. Bruno, Defendant