# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| Debtor: | JAMES A & SHELLY D BRUNO |
| Case Number: | 2:09-bk-06952-SSC    Chapter: 7 |
| Date / Time / Room: | TUESDAY, OCTOBER 05, 2010 11:00 AM   7TH FLOOR #701 |
| Bankruptcy Judge: | SARAH SHARER CURLEY |
| Courtroom Clerk: | WANDA GARBERICK |
| Reporter / ECR: | ANDAMO PURVIS |

## Matters:

1) ADV: 2-10-00102

   **MAUREEN GAUGHAN vs JAMES A BRUNO**

   CONTINUED RULE 16(B) SCHEDULING CONFERENCE RE REVOCATION OF DISCHARGE (Resch fr 3/23/10)

   R / M #:   1 / 0

2) ADV: 2-09-01145

   **Henry Lee vs JAMES A BRUNO**

   7016 CONFERENCE ON ADVERSARY PROCEEDING AND THE MOTION TO EXTEND DEADLINES

   R / M #:   34 / 0

## Appearances:

CHRISTEN CARNS, ATTORNEY FOR MAUREEN GAUGHAN
JAMES A BRUNO
JOSEPH D. DORSEY, ATTORNEY FOR HENRY LEE

## Proceedings:

1) Mr. Bruno states that he has brought some information for the trustee.  Ms. Carns states that she would like to do a new notice for depositions.  She asked the court to continue this matter for 60 days.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO DECEMBER 7, 2010 AT 11:00 A.M.

2) Mr. Dorsey goes over the dates that are in the parties scheduling order.  He notes that they will ask for a final pre trial conference for September 2011.

COURT: THE COURT NOTES THAT PARTIES WILL FILE THEIR STIPULATED SCHEDULING ORDER WITH THE COURT.