# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JAMES A & SHELLY D BRUNO | | |
| **Case Number:** | 2:09-bk-06952-SSC | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 16, 2010 11:00 AM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

**ADV: 2-09-01145**

**Henry Lee vs JAMES A BRUNO**

FINAL PRE TRIAL CONFERENCE

**R / M #:**   14 / 0

## *Appearances:*

NONE

## *Proceedings:*

The court notes no appearances for this matter. The court notes that Mr. Dorsey set forth the scheduling dates on record at the October 5th hearing. The date were: Disclosures by December 1, 2010, Discovery completed by February 28, 2011, Dispositive Motions by March 22, 2011, and the Joint Pre Trial Statement due by May 10, 2011.  Parties are directed to submit their scheduling order to the court with the dates as stated.  IT IS FURTHER ORDERED setting a final pre trial conference for September 7, 2011 at 11:00 a.m.

 Copies of the foregoing mailed/emailed   to:

Joseph Dorsey, jdd@tblaw.com
Dawn Bayne, dbayne@asbazlaw.com
**JAMES A BRUNO**
4190 E BEECHNUT PLACE
CHANDLER, AZ 85249

By Wanda Garberick
    Deputy Clerk